# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

March 13, 2023

**Via ECF**

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      Re:    *Jones v. City of Mt. Vernon et al.*, 22-cv-00414 (NSR)

Dear Judge Roman,

We represent the Plaintiff Ronald Jones in the above-captioned matter. We write to inform the Court that we will not be filing an Amended Complaint and will proceed on the claims that were not dismissed.

Plaintiff further requests an Initial Conference to set a discovery schedule in this matter.

Respectfully,

  /s/

Rob Rickner