Case 7:22-cv-00414-NSR-JCM Document 30 Filed 05/12/23 Page 1 of 3

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/12/2023
```

UNITED STATES DISTRICT COURT　　　　　　　　　　　　　　Rev. Jan. 2012

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RONALD JONES

　　　　　　　　　　　　　　　　　　　　　　**CIVIL CASE DISCOVERY PLAN**

　　　　　　　　　　　Plaintiff(s),　　　　　　　**AND SCHEDULING ORDER**

　　- against -

THE CITY OF MOUNT VERNON,
SGT. JASON CONLEY,
OFFICER STEVEN ALCANTARA,
OFFICER MARIETTA　　Defendant(s).　　　22　CV　414　(NSR)

------------------------------------------------------------x

　This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1.　All parties [~~consent~~] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2.　This case [is] [~~is not~~] to be tried to a jury.

3.　Joinder of additional parties must be accomplished by  June 26, 2023  .

4.　Amended pleadings may be filed until  June 26, 2023  .

5.　Interrogatories shall be served no later than  June 13, 2023  , and responses

thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than __June 13, 2023__.

7. Non-expert depositions shall be completed by __September 8, 2023__.

   a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

   b. Depositions shall proceed concurrently.

   c. Whenever possible, unless counsel agree otherwise or the Court so orders, non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than __October 9, 2023__.

9. Requests to Admit, if any, shall be served no later than __October 9, 2023__.

10. Expert reports shall be served no later than __October 9, 2023__.

11. Rebuttal expert reports shall be served no later than __November 7, 2023__.

12. Expert depositions shall be completed by __December 7, 2023__.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** __December 8, 2023__.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon.   Andrew E. Krause  .

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for   January 4, 2024  , at   12:00 noon  . (The Court will set this date at the initial conference.) This conference will be held by AT&T Teleconference. To access the teleconference, please follow these directions: (1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334 #; (3) Press pound (#) to enter the teleconference as a guest.

SO ORDERED.

Dated:   White Plains, New York
         May 12, 2023

                                                      _____
                                                      Nelson S. Román, U.S. District Judge