UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RONALD JONES,

                         Plaintiff,

      - against -

CITY OF MOUNT VERNON, SERGEANT JASON CONLEY, OFFICER STEVEN ALCANTARA, OFFICER MARIETTA,

                         Defendants.

-----------------------------------------------------------------X

**ORDER**

22 Civ. 414 (NSR)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/20/2025
```

Nelson S. Román, D.J.:

       The Court having been advised that all claims asserted herein have been settled, it is hereby

       ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

       The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

       Finally, the final pretrial teleconference scheduled for May 23, 2025 and the trial scheduled to commence on June 9, 2025 are adjourned *sine die*. The Clerk of Court is kindly directed to terminate the motion at ECF No. 64.

SO ORDERED.

Dated:     March 20, 2025
              White Plains, NY

                                                                                                         Nelson S. Román, U.S.D.J.